IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE JANE CAREY,<br><br>    Plaintiff,<br><br>  v.<br><br>TOLL BROTHERS INC.,<br><br>    Defendant.<br>                           / | No. C 08-04921 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE INITIAL DISCLOSURE DEADLINES** |

    The purpose of the ninety-day period prior to the case management conference is to provide disclosures and time to investigate the case to allow for a possible settlement. No explanation has been given why the ninety days was inadequate for this purpose. Moreover, it will help settle the case to require disclosures. Therefore, the lengthy extension requested is **DENIED**. All deadlines remain in place.

    **IT IS SO ORDERED.**

Dated: December 24, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE