James Smith (SBN 190050)
**SMITH LILLIS PITHA LLP**
400 Montgomery Street, Suite 501
San Francisco, California  94104
Telephone:    (415) 814-0405
Facsimile:     (415) 217-7011
jsmith@slplawfirm.com

Attorneys for Defendant
TOLL BROTHERS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE JANE CAREY,<br><br>              Plaintiff,<br><br>       v.<br><br>TOLL BROTHERS, INC.,<br><br>              Defendants. | Case No. CV 08-4921 WHA<br><br>**RENEWED STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, the parties to this case have met and conferred and agreed upon an early Mediation before Judge Ellen James at JAMS;

WHEREAS, the first available date for a Mediation with Judge James is February 6, 2009, the day after the initial Case Management Conference in this case (scheduled for February 5, 2009) and a week after the parties are required to prepare and file Initial Disclosures and Case Management Conference Reports;

WHEREAS the parties have confirmed the February 6, 2009 Mediation and will attempt to resolve the case that day;

WHEREAS, the parties are in the process of voluntarily exchanging documents and information, consistent with the parties' obligations under FRCP 26 (including scheduling depositions), with the hope of making the Mediation productive;

WHEREAS, the parties have met and conferred regarding initial disclosures, early

SMITH LILLIS PITHA LLP
400 Montgomery Street, Suite 501 • San Francisco, CA  94104 • 415-814-0405 (t) 415-217-7011 (f)

settlement, ADR process selection, and a discovery plan.  The parties are in the process of exchanging documents and deposing witnesses in preparation for the scheduled mediation with Judge Ellen James at JAMS, scheduled on February 6, 2009.

WHEREAS, the parties mutually believe that the prospects for resolving the case increase if the Court postpones the initial Case Management Conference by two weeks, from February 6, 2009 until February 20, 2009, so that the parties are able to wait until after the Mediation to devote time and resources to Initial Disclosures and Case Management Conference statements and appearances;

WHEREFORE the parties request that the Court postpone the initial Case Management Conference from February 6, 2009 until February 20, 2009.

January 22, 2009                    HIGHMAN, HIGHMAN & BALL

By _____/s/_____
        Louis A. Highman, Esq.

January 22, 2009                    SMITH LILLIS PITHA LLP

By: _____/s/_____
        James Smith, Esq.

ORDER

Good cause appearing, the Court hereby orders that the initial Case Management Conference be continued from February 6, 2009 until February 20, 2009, at 11:00 A.M. Please note there will be no further continuances.

Dated:   January 27 , 2009



_____
UNITED STATES DISTRICT COURT JUDGE

GRANTED
Judge William Alsup

2

Smith Lillis Pitha LLP
400 Montgomery Street, Suite 501 • San Francisco, CA 94104 • 415-814-0405 (t) 415-217-7011 (f)