```
JAMES SMITH, State Bar No. 190050
SMITH LILLIS PITHA LLP
400 Montgomery Street, Suite 501
San Francisco, CA 94104
Telephone: (415) 814-0404

Attorneys for Toll Brothers, Inc.


LOUIS A. HIGHMAN, State Bar No. 61703
BRUCE J. HIGHMAN, State Bar No. 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, California 94102
Telephone: (415) 982-5563

Attorneys for Plaintiff Elsie Jane Carey
```

In the United States District Court

In and for the Northern District of California

| | |
|---|---|
| ELSIE JANE CAREY, | Civ. No. CV 08 4921 WHA |
| Plaintiff, | |
| -v- | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ~~PROPOSED~~ ORDER |
| TOLL BROTHERS, INC., | (F.R.Civ.P. Rule 41(a)(1) |
| Defendant. | |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), Elsie Jane Carey, plaintiff, and Toll Brothers, Inc., defendant (all the named parties as to the above-entitled action), by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety with prejudice, based on a settlement agreement having been

1

reached between the parties.

DATED: 2-13-2009    JAMES SMITH, ESQ.
SMITH LILLIS PITHA LLP

/s/James Smith_____
Attorneys for Plaintiff
TOLL BROTHERS, INC.

DATED: 2-13-2009    LOUIS A. HIGHMAN, ESQ.
BRUCE J. HIGHMAN, ESQ.
HIGHMAN, HIGHMAN & BALL

/s/Louis A. Highman____
Attorneys for Plaintiff
ELSIE JANE CAREY

## ORDER

Good cause appearing therefor, IT IS SO ORDERED.

DATED: February 17, 2009

_____
HON. WILLIAM ALSUP
United States District
Judge

*IT IS SO ORDERED. Judge William Alsup*

2

Stip. to Dismiss; Order--Case No. CV 08 4921 WHA